UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARTHA NAYLOR                                                                                                PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:19-CV-903-DPJ-FKB

HYUNDAI CAPITAL AMERICAN, INC.                                                               DEFENDANT

ORDER

On April 20, 2020, the Court granted the parties' joint motion to stay proceedings and compel arbitration [9]. April 20, 2020 Text-Only Order. There has been no activity since then.

The Clerk is directed to administratively close this action. Any party may move to reopen it, if necessary.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE